IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Morgan Keegan & Company, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Leo Pearson, )<br>)<br>)<br>Defendant, )<br>_____ ) | C/A No. 3:11-cv-3504-JFA<br><br>**ORDER** |

By way of telephonic conference held on December 28, 2011, the parties have informed the court that they have reached an agreement that obviates the need for the court to address the motion for a temporary restraining order (ECF No. 5) filed in this case. The parties have requested, and the court hereby grants, a two-week period for the parties to discuss settlement. The court will conduct a status conference, by way of telephone, with the parties on Tuesday, January 10, 2012 at 4:30 p.m.. If necessary, at that time, the court will establish a briefing schedule on any remaining issues that the parties wish for the court to address.

IT IS SO ORDERED.

December 29, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge